**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

---

| | |
|---|---|
| CHRISTOPHER HANSEN,<br>   Plaintiff,<br><br>  vs.<br><br>PINNACLE CREDIT SERVICES, LLC;<br>U.S. DEPT. OF EDUCATION/DIRECT<br>LOANS; CAPITAL ONE BANK;<br>SST/CIGPF1C; HSBC BANK; EQUIFAX;<br>EXPERIAN and TRANSUNION;<br>   Defendants. | CASE NO. 1:11-cv-07344<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Jeffrey Cole |

---

**STIPULATION OF REMAND BETWEEN PLAINTIFF AND**
**DEFENDANT TRANS UNION, LLC**

---

  Plaintiff Christopher Hansen, *pro se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause should be remanded to the 19 Judicial District, Lake County, Illinois. As of the filing of this Stipulation Of Remand, no other parties have appeared in this matter. Plaintiff and Defendant Trans Union request that a remand order be immediately transmitted pursuant to LR 81.2.

Respectfully submitted,

*s/ Laura K. Rang*
Laura K. Rang, Esq. (IL #26238-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: lrang@schuckitlaw.com

*Counsel for Trans Union, LLC*


Michael Joseph Sreenan, Esq.
 (IL ADRC #6194288)
853 N. Elston Avenue
Chicago, IL 60642
Telephone: (773) 549-8700
Fax: (773) 304-1999
E-Mail: msreenan@sreenanpc.com

*Local Counsel for Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of October, 2011**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of October, 2011**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Christopher A. Hansen<br>P.O. Box 34<br>Deerfield, IL  60015 | |
|---|---|

*s/ Laura K. Rang*
Laura K. Rang, Esq. (IL #26238-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com

*Counsel for Trans Union, LLC*